# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2706
_____

United States of America

*Plaintiff - Appellee*

v.

Kendrick D. Calloway

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau
_____

Submitted: February 2, 2022
Filed: February 7, 2022
[Unpublished]
_____

Before COLLOTON, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Kendrick Calloway received a 120-month prison sentence after he pleaded guilty to being a felon in possession of a firearm. *See* 18 U.S.C. § 922(g)(1). In an *Anders* brief, Calloway's counsel challenges two enhancements and suggests that the overall sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967).

We conclude that the district court[1] did not clearly err in determining that there was an adequate factual basis for the challenged enhancements. *See United States v. Turner*, 781 F.3d 374, 393 (8th Cir. 2015). We also conclude that the resulting sentence was substantively reasonable. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (reviewing the reasonableness of a sentence under "a deferential abuse-of-discretion standard" (quotation marks omitted)); *United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (stating that a within-Guidelines-range sentence is presumptively reasonable). The record establishes that the district court sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Larison*, 432 F.3d 921, 923–24 (8th Cir. 2006).

Finally, we have independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

---

[1]The Honorable Stephen R. Clark, United States District Judge for the Eastern District of Missouri.